IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

PRESTIGE PROTECTIVE CORP.,
a Florida corporation,
    Plaintiff,
v.

BURNS INTERNATIONAL SECURITY
SERVICES CORP., formally known as
BORG-WARNER PROTECTIVE
SERVICES CORP., a Delaware
corporation,
    Defendant.
_____/


CIV - DAVIS

MAGISTRATE JUDGE
BROWN



### LOCAL RULE 7.2 NOTICE OF PENDING MOTIONS UPON REMOVAL

In accordance with Local Rule 7.2, Defendant hereby gives notice of the following pending Motions on which memoranda have not been submitted or on which briefing is not completed:

1. Defendant's Motion to Compel Arbitration and/or to Dismiss and supporting memorandum of law, first served 11/24/99, with Defendant's memorandum in further support of motion first served 12/17/99, with Plaintiff's Memorandum in opposition to Motion to compel arbitration, served 12/13/99;[1]

2. Defendant's Motion for Protective Order and to Stay substantive discovery, served on 2/7/00.[2]

---

[1] While the motion was fully briefed before this court, subsequent to remand Plaintiff filed a different memorandum opposing the motion to compel arbitration. As that different memorandum was part of the State Court record it has been included with the Notice of Removal and may be deemed to be a supplemental memorandum, served after the previous briefing before this court. Defendant has not had the opportunity to address the new and different "supplemental" opposition arguments made in that memorandum, however, and will therefore submit its further supplemental memorandum of law in accordance with Local Rule 7.2.

[2] As this motion was filed in State Court under its procedures, Defendant will supplement the motion with Federal authorities and will supply a memorandum of law and any certificate as may be indicated under Local Rule pursuant to Local Rule 7.2.



Respectfully submitted,

*Sherryll Martens Dunaj*

Sherryll Martens Dunaj
Florida Bar #136707
John L. Urban
Florida Bar No.: 175307
Martens Dunaj Marlowe Davis & Marlowe
201 South Biscayne Boulevard
Miami Center/Suite 880
Miami, Florida 33131
(305) 373-9977
(305) 373-8877 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 10 day of February, 2000 to: **Robert Pasin,** Attorney for Plaintiff, 3300 University Drive, Suite 601, Coral Springs, Florida 33065.

*Sherryll Martens Dunaj*

Sherryll Martens Dunaj