IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

PRESTIGE PROTECTIVE CORP.,
a Florida corporation,
        Plaintiff,
v.

BURNS INTERNATIONAL SECURITY
SERVICES CORP., formally known as
BORG-WARNER PROTECTIVE
SERVICES CORP., a Delaware
corporation,
        Defendant.
_____/



CIV - DAVIS

MAGISTRATE JUDGE
BROWN

## LOCAL RULE 3.9 NOTICE OF REFILED AND/OR PRIOR ACTION

In accordance with Local Rule 3.9 (A), (C), and (D), Defendant BURNS INTERNATIONAL SECURITY SERVICES CORPORATION, f/k/a, BORG-WARNER PROTECTIVE SERVICES CORPORATION., a Delaware corporation, hereby gives notice that this action was previously filed herein by notice of removal and was assigned Case no. 99-7561-Civ-Zloch. As previously filed, this action was remanded by order dated December 29, 1999, upon Plaintiff's motion for remand and upon the basis that the record <u>at that time</u> was not ripe for removal and did not demonstrate all necessary elements of diversity jurisdiction, to wit: that the Defendant's principal place of business was in the State of New Jersey and was not in the State of Florida. The record has since been developed and the principal place of business is demonstrated on the record as now removed in accordance with 28 U.S.C. §1446(b).[1]

---

[1] "If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant through service or otherwise of a copy of an amended pleading, motion, order, or other paper from which it may first be ascertained that the case is one which is or has become removable...."



Respectfully submitted,

*Sherryll Martens Dunaj*

Sherryll Martens Dunaj
Florida Bar #136707
John L. Urban
Florida Bar No.: 175307
Martens Dunaj Marlowe Davis & Marlowe
201 South Biscayne Boulevard
Miami Center/Suite 880
Miami, Florida 33131
(305) 373-9977
(305) 373-8877 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this 10 day of February, 2000 to: **Robert Pasin,** Attorney for Plaintiff, 3300 University Drive, Suite 601, Coral Springs, Florida 33065.

for *Sherryll Martens Dunaj*
John L. Urban