IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6206-CIV-DAVIS

PRESTIGE PROTECTIVE CORP.,
a Florida corporation,
    Plaintiff,

v.

BURNS INTERNATIONAL SECURITY
SERVICES CORP., formally known as
BORG-WARNER PROTECTIVE
SERVICES CORP., a Delaware
corporation,
    Defendant.
_____/



## DEFENDANT'S AFFIDAVIT OF FILING NOTICE IN CIRCUIT COURT

**JOHN L. URBAN**, being duly sworn, under oath deposes and says that he is one of the attorneys for defendant, BURNS INTERNATIONAL SECURITY SERVICES CORP., formerly known as BORG-WARNER PROTECTIVE SERVICES CORP., a Delaware corporation, in the above-styled action, and that on the 10th day of February, 2000, he caused to be delivered for filing with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, a copy of Defendant BURNS INTERNATIONAL SECURITY SERVICES CORPORATION's

-1-
Martens Dunaj Marlowe Davis & Marlowe
Miami Center Suite 880 • 201 South Biscayne Boulevard • Miami, Florida 33131 • (305) 373-9977

notice of removal to the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, a copy of which attached hereto.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
John L. Urban

The foregoing instrument was acknowledged before me this 14 day of February, 2000, by John L. Urban, who is personally known to me and who did take an oath.

_____
Notary Public
State of Florida at Large
My Commission Expires:

```
OFFICIAL NOTARY SEAL
REBECCA LYNNE GUILLOU
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC593687
MY COMMISSION EXP. OCT. 15, 2000
```

_____
(print)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail and fax this 14th day of February, 2000 to: **Robert Pasin,** Attorney for Plaintiff, 3300 University Drive, Suite 601, Coral Springs, Florida 33065.

_____
John L. Urban

A TRUE COPY
ROBERT E. LOCKWOOD

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. 99-018826

FEB 1 0 2000

PRESTIGE PROTECTIVE CORP.,
a Florida corporation,
        Plaintiff,

v.

BURNS INTERNATIONAL SECURITY
SERVICES CORP., a foreign corporation,
formally known as,
BORG-WARNER PROTECTIVE
SERVICES CORP., a foreign corporation,
        Defendant.
_____/

## NOTICE OF REMOVAL OF ACTION FROM STATE COURT

**PLEASE TAKE NOTICE** that a notice of removal of the above-styled cause was duly filed with the Clerk of the United States for the Southern District of Florida, on February 10, 2000. A true and correct copy of the notice of removal is attached hereto as an exhibit and is being filed herewith pursuant to 28 U.S.C. § 1446(d), which provides that upon removal "the State Court shall proceed no further unless and until the case is remanded."

Respectfully submitted,

*Sherryll Martens Dunaj*
Sherryll Martens Dunaj
Florida Bar No.: 136707
John L. Urban
Florida Bar No.: 175307
Martens Dunaj Marlowe Davis & Marlowe
201 S. Biscayne Boulevard
Suite 880, Miami Center
Miami, Florida 33131
(305) 373-9977

-1-

Martens Dunaj Marlowe Davis & Marlowe
Miami Center Suite 880 • 201 South Biscayne Boulevard • Miami, Florida 33131 • (305) 373-9977

CASE NO.: 99-018826

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail this __10__ day of February, 2000 to: **Robert Pasin,** Attorney for Plaintiff, 3300 University Drive, Suite 601, Coral Springs, Florida 33065.

*[signature]*
for John L. Urban

-2-

Martens Dunaj Marlowe Davis & Marlowe
Miami Center Suite 880 • 201 South Biscayne Boulevard • Miami, Florida 33131 • (305) 373-9977