UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 00-6206-CIV-DAVIS/BROWN

PRESTIGE PROTECTIVE CORP.,

    Plaintiff,

v.

BURNS INTERNATIONAL SECURITY
SERVICES CORP.,

    Defendant.
_____/



### ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this action is appropriate pursuant to Rule 3.9.A., S.D. Fla. L.R., due to the dismissal of action 99-7561-CIV-ZLOCH and its refiling without a substantial change in parties or issues, and subject to the consent of the Honorable William J. Zloch, it is

ORDERED AND ADJUDGED that the above-numbered action is transferred to the calendar of Judge Zloch for all further proceedings.

DONE AND ORDERED in Chambers in Miami, Florida this 23rd day of February, 2000.

                                              /s/ Edward B. Davis
                                              EDWARD B. DAVIS
                                              CHIEF UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above-numbered action, the undersigned hereby accepts the transfer of said case. Therefore, it is

ORDERED AND ADJUDGED that all pleadings hereinafter filed shall bear the Case No. 00-6206-CIV-ZLOCH, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 2nd day of March, 2000.

_____
WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

cc:
Judge William J. Zloch

John L. Urban
MARTENS DUNAJ, et al.
201 South Biscayne Boulevard
Suite 880, Miami Center
Miami, Florida 33131

Robert Pasin
3300 University Drive
Suite 601
Coral Springs, Florida 33065